UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )    Criminal No. 17-0024 (PLF)
                                        )    Civil Action No. 18-0119 (PLF)
ANDRE HICKS,                            )
                                        )
        Defendant.                      )
_____ )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the defendant's motion to vacate, set aside, or correct his

sentence pursuant to 28 U.S.C. § 2255 [Dkt. Nos. 32 and 33], as amended by his supplemental

motion [Dkt. No. 48] is DENIED.

SO ORDERED.


                                   /s/
                                   _____
                                   PAUL L. FRIEDMAN
                                   United States District Judge


DATE:  August 5, 2020